UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:01-CR-39-02-F
No. 7:11-CV-57-F

ARTHUR ROZIER,
        Petitioner,      )
                                 )
    v.                          )        O R D E R
                                 )
UNITED STATES OF AMERICA,  )
        Respondent.     )

The Clerk of Court is DIRECTED to re-assign this case to the Honorable Terrence W. Boyle. The petitioner alleges his conviction and sentence were tainted by the involvement of Tarnished Badge defendants.

SO ORDERED.

This, the 9th day of March, 2011.

*[signature]*
JAMES C. FOX
Senior United States District Judge