UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:01-CR-39-BO2
No. 7:11-CV-57-BO

ARTHUR ROZIER,           )
                         )
        Petitioner,      )
                         )
        v.               )     ORDER TO SEAL
                         )
UNITED STATES OF AMERICA,)
                         )
        Respondent.      )

For good cause shown, Respondent's Motion to Seal Respondent's Memorandum in Support of the Motion to Dismiss and Respondent's Memorandum in Support of the Motion to Seal in the above-captioned case is hereby GRANTED. The Clerk's Office is directed to place Respondent's Memorandum in Support of Respondent's Motion to Dismiss and Respondent's Memorandum in Support of the Motion to Seal under seal, except that copy of the same is issued to Respondent.

SO ORDERED.

This 2 day of May 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE