# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

150 Rowan Street, Suite 110
Fayetteville, NC 28301-5730
910-354-2543
Fax: 919-483-2690

**DATE:** December 1, 2017

**FROM:** Mark Culp
U.S. Probation Officer

**SUBJECT:** ROZIER, Arthur
Case No.: 7:01-CR-39-2BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On November 5, 2001, pursuant to a guilty plea to Conspiracy to Distribute Cocaine Base (Crack), Arthur Rozier appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 262 months imprisonment to be followed by 5 years supervised release. On January 5, 2015, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), imprisonment was reduced to 5,031 days.

The defendant was released from custody on January 7, 2015, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since October 2016. His term of supervision is set to expire on January 6, 2020.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and input was requested; however, we have not received a response and do not know if they concur with our recommendation or object to the same. Please indicate the court's preference by marking the appropriate selection below.

☒ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____  12-1-17
Terrence W. Boyle              Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 7:01-CR-39-2BO

ARTHUR ROZIER

On January 07, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

/s/ Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp  
Mark Culp  
U.S. Probation Officer  
150 Rowan Street Suite 110  
Fayetteville, NC 28301  
Phone: 910-354-2543  
Executed On: December 1, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____1_____ day of _____December_____, 2017.

Terrence W. Boyle  
U.S. District Judge